UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

Thomas J. Good,

    Plaintiff,

                                        Case No. 18-CV-461

vs.

Nathan Adams, Gregg Cisneros
and City of Beloit,

    Defendants.

## ~~PROPOSED~~ ORDER FOR DISMISSAL

Based on the Stipulation of the parties,

IT IS HEREBY ORDERED that the above-entitled action shall be dismissed on its merits, with prejudice, without costs or attorney's fees to any party.

Dated at Madison, Wisconsin this **21ST** day of **NOVEMBER**, 2019.

                                                BY THE COURT:

                                                Honorable James D. Peterson
                                                District Judge